BEATRICE M. MONTANYE, Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Submitted April 11, 1949; decided April 14, 1949.

Motion dismissed upon ground that the moving papers do not indicate the nature of the relief sought.

In the Matter of JAMES F. O'KELLY, Appellant, against W. BRUCE COBB, Acting Presiding Justice of the Domestic Relations Court of the City of New York, Respondent.

Submitted April 11, 1949; decided April 14, 1949.

*John P. McGrath, Corporation Counsel* (*Henry J. Shields* of counsel), for motion.

*Leopold V. Rossi* opposed.

Motion granted and appeal dismissed on the ground that an appeal as of right does not lie.